**\*\* E-filed September 14, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIRGILIO and TEODORA ORCILLA, | No. C10-03931 HRL |
| Plaintiffs, | |
| v. | **ORDER GRANTING PRO SE LITIGANTS PERMISSION TO REGISTER ON ECF** |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | [Re: Docket No. 10] |

Plaintiffs appearing *pro se* seek permission of the court for an ECF/PACER account and permission to file by fax or by email. (Docket No. 10.) Plaintiffs request an ECF or PACER account to check the status of this case and to file documents electronically. This Court previously issued an order granting Plaintiffs' applications to proceed in forma pauperis in this case. (Docket No. 5.)

The court finds that Plaintiffs fall within the class of users eligible for a fee exemption listed in the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts and have demonstrated that a fee exemption to access the docket in this action electronically is necessary to avoid unreasonable burdens. Plaintiffs are therefore exempt from fees for PACER usage under $10 per quarterly billing cycle to access the electronic case files for this action maintained in the United States District Court for the Northern District of California, to the extent such use is incurred in the course of filing and

1  accessing documents in this action.  Plaintiffs shall not be exempt from the payment of fees
2  incurred in connection with other uses of the ECF or PACER system in this court.

3        Plaintiffs may register for ECF at the following website:
4  https://ecf.cand.uscourts.gov/cand/newreg/index.html.  Plaintiffs must also register on PACER
5  to view documents and the docket sheet:  www.pacer.gov.  Plaintiffs must comply with the
6  Federal Rules of Civil Procedure and all general orders and local rules pertaining to electronic
7  filing including General Order 45 which requires in part that parties must provide the judge's
8  chambers with a paper copy of each document that is filed electronically, marked "Chambers
9  Copy."  By registering, Plaintiffs accept responsibility for all technical requirements and
10 computer-related tasks associated with participation in the ECF program.

11       After registering on ECF and PACER, Plaintiffs must file a notice of ECF registration
12 that Plaintiffs have made available an electronic mail address for service of papers
13 electronically filed on the docket.  Upon filing of such notice, the court will designate this
14 action for the ECF program.

15       This exemption may be revoked at the discretion of the court at any time.  The clerk of
16 the court shall send a copy of this order to the PACER Service Center.

17 **SO ORDERED.**

18 Dated: September 14, 2010

19
20 _____
   HOWARD R. LLOYD
   UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

**C10-03931 HRL** N**otice will be electronically mailed to:**

Teodora Orcilia lglbgl@live.com

Virgilio Orcilla lglbgl@live.com

**Notice will be made by other means to:**

Virgilio Orcilla

2975 Winwood Way

San Jose, CA 95148

Teodora Orcilia

2975 Winwood Way

San Jose, CA 95148

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

3