**\*\* E-filed November 4, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIRGILIO and TEODORA ORCILLA, | No. C10-03931 HRL |
| Plaintiffs, | **ORDER (1) CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND (2) DENYING DEFENDANTS' MOTION TO APPEAR BY TELEPHONE AS MOOT** |
| v. | |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | **[Re: Docket Nos. 4 & 33]** |

In light of Defendants' motion to dismiss Plaintiffs' complaint, the initial case management conference, currently set for November 16, 2010, is CONTINUED to **January 18, 2011 at 1:30 p.m.** in Courtroom 2, United States District Court, 280 South First Street, San Jose, California. The parties shall file a Joint Case Management Statement **no later than January 11, 2011**. Because of this continuance, Defendants' counsel's request to appear by telephone (Docket No. 33) is DENIED AS MOOT.

The parties are also reminded that this civil case has been randomly assigned to a magistrate judge for all purposes including trial. Accordingly, all parties who have not yet done so shall, **no later than November 16, 2010**, shall file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge. *See* N.D. Cal. Civ. R. 73-1. The consent and

declination forms are available at the Clerk's Office and may also be obtained from the court's website at http://www.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: November 4, 2010



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-03931 HRL Notice will be electronically mailed to:**

Karen Page Shelar                    shelark@bryancave.com, kedra.chan@bryancave.com
Virgilio Llarenas Orcilla            lglbgl@live.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**