\*\* E-filed March 14, 2011 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIRGILIO ORCILLA, et al., | No. C10-03931 HRL |
| Plaintiffs, | **ORDER SETTING HEARING DATES AND BRIEFING DEADLINES** |
| v. | |
| BANK OF AMERICA, N.A., et al., | **[Re: Docket Nos. 53, 71, 72, 73]** |
| Defendants. | |

This case arises out of a 2006 home mortgage loan and subsequent foreclosure involving plaintiffs Virgilio and Teodora Orcilla ("Plaintiffs") and defendants Bank of America, N.A. ("Bank of America"), BAC Home Loans Servicing, LP ("BAC"), ReconTrust Company N.A. ("ReconTrust"), Mortgage Electronic Registration Systems, Inc. ("MERS"), and Big Sur, Inc. ("Big Sur"). The loan was secured by real property formerly owned by Plaintiffs and located at 2975 Winwood Way in San Jose, California. Because numerous motions have been filed recently, the Court issues the following order to set or reset related dates and deadlines.

A. <u>Schedule for the Two Motions to Dismiss</u>

Plaintiffs filed their First Amended Complaint in this action on January 18, 2011. Docket No. 50. Thereafter, defendants Bank of America, BAC, ReconTrust, and MERS moved to dismiss the First Amended Complaint. Docket No. 53 (the "First Motion to Dismiss"). This motion is currently set to be heard on March 29, 2011. Docket No. 60. Defendant Big Sur, Inc. later filed its

own motion to dismiss the First Amended Complaint. Docket No. 70 (the "Second Motion to Dismiss"). This motion is currently set to be heard on April 26, 2011.

In the interests of judicial economy, the hearing on the First Motion to Dismiss is continued to April 26, 2011, to be heard with the Second Motion to Dismiss. <u>However, any reply brief in support of the First Motion to Dismiss is still due on March 15, 2011, as previously scheduled</u>. Docket No. 60. Briefing on the Second Motion to Dismiss shall proceed in accordance with Civil Local Rule 7-3.

B. <u>Big Sur's Motion to Expunge Lis Pendens</u>

On February 25, 2011, this Court approved Plaintiffs notice of lis pendens. Docket No. 61. On March 10, 2011, Big Sur moved to expunge Plaintiffs' notice of lis pendens and sought to have its motion heard on shortened time. Docket Nos. 71, 72. Good cause appearing, Big Sur's motion will be heard on March 29, 2011 at 10:00 a.m. Plaintiffs have already filed their opposition brief to Big Sur's motion (Docket No. 73), and Big Sur shall file any reply brief by March 18, 2011.

C. <u>Case Management Conference</u>

In light of the motions to dismiss to be heard on April 26, 2011, the case management conference, currently scheduled for April 19, 2011, is continued to May 31, 2011 at 1:30 p.m.

D. <u>Identification of Any Person Practicing Law on Behalf of Plaintiffs</u>

Civil Local Rule 11-1(a) states that, except for attorneys for the United States and attorneys admitted *pro hac vice*, "only members of the bar of this Court may practice in this Court." Civ. L.R. 11-1(a). "The bar of this Court consists of attorneys of good moral character who are active members in good standing of the bar of this Court prior to the effective date of these local rules and those attorneys who are admitted to membership after the effective date." <u>Id</u>. Accordingly, the Court instructs any person practicing law in this action on behalf of Plaintiffs to submit, no later than March 18, 2011, a declaration identifying him or herself and providing documentation of good standing in the bar of this Court.

**IT IS SO ORDERED.**

Dated: March 14, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

**C10-03931 HRL** N**otice will be electronically mailed to:**

| | |
|---|---|
| Deborah Anne Goldfarb | deborah.goldfarb@bryancave.com, grace.wayte@bryancave.com |
| Julia M. Wei | julia@advocate4u.com |
| Karen Page Shelar | shelark@bryancave.com |
| Nadia Marie Bishop | bishopn@bryancave.com, pilar.leano@bryancave.com |
| Peter N. Brewer | pbrewer@brewerfirm.com, julia@brewerfirm.com |
| Virgilio Llarenas Orcilla | lglbgl@live.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**